**UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

_____

No. 97-40704
Summary Calendar
_____

In the Matter of ANANT KUMAR TRIPATI

                                                      Debtor.
-----------------------------------------------
                    ANANT KUMAR TRIPATI,

                                                  Appellant,


                         VERSUS


                  ROBERT FRED GIRDLEY,

                                                  Appellee.



_____

Appeal from the United States District Court
For the Eastern District of Texas

(4:97-CV-177)
_____
June 4, 1998


Before JOLLY, BENAVIDES, and PARKER, Circuit Judges.

PER CURIAM:[*]

     The Appellant, Anant Tripati, appeals from an order of the

district court denying a writ of mandamus which seeks to compel the

     [*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this
opinion should not be published and is not precedent except under
the limited circumstances set forth in 5TH CIR. R. 47.5.4.

bankruptcy court to grant a jury trial.  An order of the district court denying a mandamus petition is a final order, and therefore, appealable under 28 U.S.C. § 1291.  Although the Seventh Amendment would otherwise entitle a creditor to a jury trial on its claim, when the same claim arises as part of the process by which the bankruptcy res is divided, the claim is triable in equity.  *See In re Jensen*, 946 F.2d 369, 373 (5th Cir. 1991).

Because the appellant has submitted a claim against the bankruptcy estate, he is subject to the bankruptcy court's equitable power, and thus not entitled to a jury trial.

Accordingly, the order of the district court is

AFFIRMED.